| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____    Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Unified Vailsburg Services Organization** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **23-7304852** |

| 4. | Debtor's address | **Principal place of business** <br><br> **1044 South Orange Avenue** <br> **Floor 2** <br> **Newark, NJ 07106** <br> Number, Street, City, State & ZIP Code <br><br> **Essex** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **475-487 Irvington Avenue** <br> **179-185 Smith Street Newark, NJ 07106** <br> Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | **usvo.org** |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |
|---|---|---|

Debtor **Unified Vailsburg Services Organization** _____ Case number (*if known*) _____
Name

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ■ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **Newark** | **9/30/25** | **25-20236** |
| District | _____ | When _____ | Case number _____ |

Debtor **Unified Vailsburg Services Organization** _____ Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Unified Vailsburg Services Organization** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Unified Vailsburg Services Organization**     Case number (*if known*)
    Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 2, 2025**
MM / DD / YYYY

X **/s/ Arthur Mockabee**     **Arthur Mockabee**
Signature of authorized representative of debtor     Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ George E. Veitengruber, III, Esq.**     Date **December 2, 2025**
Signature of attorney for debtor     MM / DD / YYYY

**George E. Veitengruber, III, Esq. 015532003**
Printed name

**Veitengruber Law LLC**
Firm name

**1720 Route 34**
**Suite 10**
**Wall, NJ 07727**
Number, Street, City, State & ZIP Code

Contact phone **(732) 695-3303**     Email address **bankruptcy@veitengruberlaw.com**

**015532003 NJ**
Bar number and State

# United States Bankruptcy Court
### District of New Jersey

In re: **Unified Vailsburg Services Organization**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 2, 2025**

**/s/ Arthur Mockabee**
**Arthur Mockabee**/**Chief Executive Officer**
Signer/Title

```
ADP Total Source Inc.
10200 Sunset Drive
Miami, FL 33173


Community Loan Fund of NJ, Inc.
108 Church Street
3rd Floor
New Brunswick, NJ 08901


Essex County Sheriff's Office
60 West Market Street
14th Floor
Newark, NJ 07102


Hewlett-Packard Financial Services Co.
200 Connell Drive
Berkeley Heights, NJ 07922


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


JPMCB
P.O. Box 15369
Wilmington, DE 19850


Leaf Capital Funding LLC
1 Commerce Square
2005 Market Street
Philadelphia, PA 19103


Newark Board of Education
Office of Early Childhood
c/o Yolanda Severe, Exec, Director
765 Borad Street, 4th Floor East
Newark, NJ 07102


NJ Division of Taxation
Bankruptcy Section
P.O. Box 245
Trenton, NJ 08695


Saiber LLC
7 Giralda Farms
Suite 360
Madison, NJ 07940
```

```
Valley National Bank
70 Speedwell Avenue
Morristown, NJ 07960


Wells Fargo
P.O. Box 10438
MAC F8235-02F
Des Moines, IA 50306


William S. Wolfson, Esq. LLC
260 US Highway 202/31
Suite 1100
Flemington, NJ 08822
```

# United States Bankruptcy Court
### District of New Jersey

In re    **Unified Vailsburg Services Organization**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Unified Vailsburg Services Organization**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 2, 2025**
Date

/s/ **George E. Veitengruber, III, Esq.**
**George E. Veitengruber, III, Esq. 015532003**
Signature of Attorney or Litigant
Counsel for   **Unified Vailsburg Services Organization**
**Veitengruber Law LLC**
**1720 Route 34**
**Suite 10**
**Wall, NJ 07727**
**(732) 695-3303 Fax:(732) 695-3917**
**bankruptcy@veitengruberlaw.com**